The relief described hereinbelow is SO ORDERED.

Signed July 13, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CHRYSTAL LYNN WILLIS,** | § | **CASE NO. 10-60162-RBK** |
| | § | |
| **DEBTOR** | § | **CHAPTER 7** |

**ORDER DISMISSING REAFFIRMATION AGREEMENT**

On June 15, 2010, came on to be heard the *Reaffirmation Agreement* based upon a debt to *USAA Federal Savings Bank* (Court document #12), and it appears to the Court that the *Pro Se* Debtor failed to appear when the case was called.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Reaffirmation Agreement* is hereby **DISMISSED** for failure to prosecute.

# # #